■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID ORTIZ, JR., Appellant. [980 NYS2d 269]—Appeal by the defendant from an order of the County Court, Orange County (DeRosa, J.), dated February 28, 2013, which, after a hearing, designated him a level one sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The defendant's contention that he is not a sex offender within the meaning of the Sex Offender Registration Act (Correction Law art 6-C) is unpreserved for appellate review (*see People v Windham*, 37 AD3d 571 [2007], *affd* 10 NY3d 801 [2008]). In any event, the defendant's contention is without merit since he was convicted of rape in the second degree, a specified sex offense requiring his registration as a sex offender (*see* Correction Law §§ 168-a, 168-f).

The defendant was not deprived of the effective assistance of counsel (*see People v Bowles*, 89 AD3d 171 [2011]).

The defendant's remaining contentions are unpreserved for appellate review and, in any event, without merit. Balkin, J.P., Chambers, Austin and Roman, JJ., concur.